UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BANCSHARES CORPORTATION, | § § § | |
| Movant, | § § | |
| VS. | § | CIVIL ACTION NO. 5:19-CV-62 |
| PAOLA OCHOA, | § § § | |
| Respondent. | § § | |

## ORDER

On December 3, 2019, Magistrate Judge John A. Kazen issued a Report and Recommendation advising the Court to grant the parties' joint motion to reinstate this case (Dkt. No. 11). After appropriate review, see 28 U.S.C. § 636(b)(1)(C), the undersigned **ADOPTS** the Report and Recommendation (Dkt. No. 11) as the opinion of the Court. The Clerk is **DIRECTED** to reopen this case. The parties should file a copy of the final arbitration award and a proposed order that specifically identifies the relief sought. See HON. MARINA GARCIA MARMOLEJO, RULE CIV. CT. P. 6(A)(3).

It is so **ORDERED**.

**SIGNED** December 6, 2019.

Marina Garcia Marmolejo
United States District Judge